UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JERRI LEIGH JACKSON                                                          PLAINTIFF

v.                                                         CIVIL ACTION NO. 3:08CV-473-S

TARC                                                                         DEFENDANT

## REPORT AND RECOMMENDATION

The plaintiff repeatedly and unequivocally stated on the record at the Rule 16 scheduling conference held today, March 5, 2010, that she wished to pursue claims only against the corporate entity TARC, and did not intend to file any claims against the individual defendants currently shown in the style of the case.

Accordingly, it is the recommendation of the magistrate judge that any and all claims against Ronald Stewart, Jeremy Head and Janet Wirtzberger be dismissed with prejudice.

DATE: March 5, 2010

**James D. Moyer**
**United States Magistrate Judge**

cc:   Jerri Leigh Jackson, *pro se plaintiff*
      Counsel of Record

## **N O T I C E**

Within fourteen days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd., 474 U.S. 140 (1985). 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P. 72(b).