UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


JERRI LEIGH JACKSON                                                                       PLAINTIFF


v.                                                            CIVIL ACTION NO. 3:08CV-473-S


TARC                                                                                       DEFENDANT


## ORDER


This matter is before the court for consideration of the Report and Recommendation of the United States Magistrate Judge that all claims against Ronald Stewart, Jeremy Head, and Janet Wirtzberger be dismissed with prejudice. The magistrate judge made this recommendation after a Fed.R.Civ.P. 16 Scheduling Conference at which the plaintiff, Jerri Leigh Jackson, *pro se*, clearly articulated that her intent was to sue only the Transit Authority of River City ("TARC"). (Mem. of R. 16 Conf. and Order, p. 2).

It appears from Jackson's Objections (DN 46) that she mistakenly believes that the magistrate judge has recommended that her case be dismissed. The magistrate judge has recommended only that the named individuals be dismissed, which is apparently a wholly proper recommendation. In June of 2008, Jackson filed an EEOC complaint alleging that she applied for employment as a bus driver with TARC but was denied employment. She contended that she was denied employment because of her disabilities and in retaliation for filing a previous charge with the EEOC. Thus her claim, for which she received a right-to-sue letter, was against TARC. (Ex. 1 to Complaint).

Therefore, **IT IS HEREBY ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (DN 45) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY**, and all claims against Ronald Stewart, Jeremy Head, and Janet Wirtzberger are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**