UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JERRI LEIGH JACKSON                                                                                           PLAINTIFF

v.                                                                                    CIVIL ACTION NO. 3:08-CV-473-S

TRANSIT AUTHORITY OF RIVER CITY                                                           DEFENDANT

### JUDGMENT

The above matter having been referred to the United States Magistrate Judge James D. Moyer pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and the Magistrate Judge having filed his Findings of Fact, Conclusions of Law and Recommendation, and there being no objections filed thereto,

The court **ACCEPTS** the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge, and

**IT IS HEREBY ORDERED** that the defendant's motion for summary judgment is **GRANTED** and the complaint is **DISMISSED** with prejudice.  (DN 60)

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED**. (DN 65,66, 71).

There being no just reason for delay in its entry, this is a final order.

 IT IS SO ORDERED this 20th day of September, 2011.

ENTERED BY ORDER OF COURT:
**CHARLES R. SIMPSON III, JUDGE**
**UNITED STATES DISTRICT COURT**
 VANESSA L. ARMSTRONG, CLERK

By    /s/    Renee L. Koch
     Deputy Clerk

cc: Plaintiff, pro se; Counsel of Record